UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
JOSEPH DOMINGUEZ, ROGER DALY,      )   No. C-05-4824 SC
individually and on behalf od all  )
other persons similarly situated,  )
                                   )   ORDER LIFTING STAY
              Plaintiffs,          )
                                   )
                                   )
       v.                          )
                                   )
                                   )
APARTMENT INVESTMENT AND MANAGEMENT)
COMPANY, AIMCO PROPERTIES, L.P.,   )
and NHP MANAGEMENT COMPANY,        )
                                   )
              Defendants.          )
                                   )
_____)
```

On March 29, 2006, pursuant to the parties' joint motion, the Court stayed these proceedings pending disposition of a motion to decertify a collective action in the related case in the United States District Court for the District of Columbia, Chase v. AIMCO Properties, L.P., Civil Action No. 1:03-CV-01683-JR.  See Docket No. 22.  On March 28, 2007, the court issued an order granting the motion to decertify in Chase.  See Docket No. 27.

The parties appeared for a status conference on June 8, 2007 to discuss resumption of this matter.  The Court hereby LIFTS THE STAY in this action and ORDERS as follows:

1.  Plaintiff shall filed an Amended Complaint no later than July 9, 2007.

2.  The parties shall submit a Joint Scheduling Statement no later than August 13, 2007.

/

3.  The parties shall appear for a further status conference on August 17, 2007, at 10:00 a.m.

IT IS SO ORDERED.

Dated: June 11, 2007



UNITED STATES DISTRICT JUDGE

2