| | |
|---|---|
| 1 | HEATHER BURROR (SBN 205803) |
| | CHAD A. STEGEMAN (SBN 225745) |
| 2 | AKIN GUMP STRAUSS HAUER & FELD LLP |
| | 580 California Street, Suite 1500 |
| 3 | San Francisco, California 94104-1036 |
| | Telephone: 415-765-9500 |
| 4 | Facsimile: 415-765-9501 |
| 5 | RICHARD N APPEL (*pro hac vice*) |
| | MELISSA L. DULSKI (*pro hac vice*) |
| 6 | AKIN GUMP STRAUSS HAUER & FELD LLP |
| | 1333 New Hampshire Ave., NW |
| 7 | Washington, DC 20036 |
| | Telephone: 202-887-4000 |
| 8 | Facsimile: 202-887-4288 |
| 9 | JOHN M. HUSBAND (*pro hac vice*) |
| | WILLIAM R. DABNEY (*pro hac vice*) |
| 10 | HOLLAND & HART, LLP |
| | 555 Seventeenth Street, Suite 3200 |
| 11 | Denver, CO 80202-3979 |
| | Telephone: 303-295-8228 |
| 12 | Facsimile: 303-975-5381 |
| 13 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH DOMINGUEZ, ROGER DALY, individually and on behalf of all other persons similarly situated, | Case No. C 05 4824 SC |
| Plaintiffs, | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| v. | |
| APARTMENT INVESTMENT AND MANAGEMENT COMPANY, AIMCO PROPERTIES, L.P. and NHP MANAGEMENT COMPANY, | |
| Defendants. | |

NOTICE OF WITHDRAWAL OF COUNSEL
CASE NO. 05-CV-4824 SC

TO THE CLERK OF THE COURT AND ATTORNEYS OF RECORD:

Please be advised that William R. Dabney, formerly of Holland & Hart, LLP, hereby withdraws as counsel admitted *pro hac vice* in this matter. All other counsel of record for defendants remain unchanged.

Dated: June 29, 2007

HOLLAND & HART LLP

By _____
William R. Dabney

Attorneys for Defendants Apartment Investment and Management Company, AIMCO Properties, L.P. and NHP Management Company

IT IS SO ORDERED.

Dated: __7/5/07__

_____
Judge Samuel Conti
United States District Judge