Teresa Demchak, CA Bar No. 123989
Laura L. Ho, CA Bar No. 173179
GOLDSTEIN, DEMCHAK, BALLER,
 BORGEN & DARDARIAN
300 Lakeside Drive., Suite 1000
Oakland, CA  94612
(510) 763-9800 (telephone)
(510) 835-1417 (telefax)

Joseph M. Sellers
Charles E. Tompkins
Llezlie L. Green
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
(202) 408-4600 (telephone)
(202) 408-4699 (telefax)

Steven M. Pavsner
Jay P. Holland
JOSEPH,GREENWALD & LAAKE, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD  20770
(301) 220-2200 (telephone)
(202) 220-1214 (telefax)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DOMINGUEZ, ROGER DALY, Individually, and on behalf all other persons similarly situated;<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>APARTMENT INVESTMENT AND MANAGEMENT COMPANY, AIMCO PROPERTIES, L.P. and NHP MANAGEMENT, INC.,<br><br>　　　　　Defendants. | Case No.  05-4824 SC<br><br>**STIPULATION FOR EXTENSION OF TIME TO AMEND COMPLAINT** |

On June 11, 2007, this Court issued an Order Lifting Stay instructing the Plaintiffs to file

an amended complaint on or before July 9, 2007.  The Plaintiffs seek additional time to complete

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.
ATTORNEYS AT LAW

STIPULATION FOR EXTENSION OF TIME
TO AMEND COMPLAINT  05-4824 SC

their consideration of the need for such an amendment and its scope.

The parties hereby stipulate that Plaintiffs be permitted to amend the complaint on or before Friday, July 13, 2007. This brief extension of time will not impact other standing deadlines and will not affect the progression of this litigation.

| | |
|---|---|
| Dated: July 9, 2007 | Respectfully submitted, |
| /s Richard Appel | /s/ Joseph M. Sellers |
| Richard Appel<br>AKIN GUMP STRAUSS HAUER & FELD<br>1333 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036<br>Tel: (202) 887-4076<br>Fax: (202) 887-4288<br><br>*Counsel for Defendants* | Joseph M. Sellers (D.C. Bar No. 318410)<br>Charles E. Tompkins (D.C. Bar No. 459854)<br>Llezlie L. Green (D.C. Bar No. 484051)<br>COHEN, MILSTEIN, HAUSFELD &<br>  TOLL, P.L.L.C.<br>1100 New York Avenue, N.W.<br>West Tower - Suite 500<br>Washington, D.C. 20005<br>Tel.: (202) 408-4600<br>Fax: (202) 408-4699<br><br>Stephen M. Pavsner<br>Jay P. Holland<br>JOSEPH, GREENWALD & LAAKE, P.A.<br>6404 Ivy Lane, Suite 400<br>Greenbelt, MD 20770<br>Tel.: (301) 220-2200<br>Fax: (301) 220-1214<br><br>Teresa Demchak, CA Bar No.l 123989<br>Laura L. Ho, CA Bar No. 173179<br>GOLDSTEIN, DEMCHAK, BALLER,<br>  BORGEN & DARDARIAN<br>300 Lakeside Drive., Suite 1000<br>Oakland, CA 94612<br>Tel.: (510) 763-9800<br>Fax: (510) 835-1417<br><br>*Counsel for Plaintiffs* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: 7/11/07

_____
Samuel Conti
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]*

STIPULATION FOR EXTENSION OF TIME TO AMEND COMPLAINT — 2 —   05-4824 SC