1    HEATHER BURROR (SBN 205803)
     CHAD A. STEGEMAN (SBN 225745)
2    AKIN GUMP STRAUSS HAUER & FELD LLP
     580 California Street, Suite 1500
3    San Francisco, California 94104-1036
     Telephone:  415-765-9500
4    Facsimile:   415-765-9501

5    RICHARD N APPEL (*pro hac vice*)
     MELISSA L. DULSKI (*pro hac vice*)
6    AKIN GUMP STRAUSS HAUER & FELD LLP
     1333 New Hampshire Ave., NW
7    Washington, DC 20036
     Telephone:   202-887-4000
8    Facsimile:    202-887-4288

9    JOHN M. HUSBAND (*pro hac vice*)
     HOLLAND & HART, LLP
10   555 Seventeenth Street, Suite 3200
     Denver, CO  80202-3979
11   Telephone:   303-295-8228
     Facsimile:    303-975-5381
12   ATTORNEYS FOR DEFENDANTS

     TERESA DEMCHAK (SBN 123989)
     LAURA HO (SBN 173179)
     GOLDSTEIN, DEMCHAK, BALLER,
           BORGEN & DARDARIAN
     300 Lakeside Drive, Suite 1000
     Oakland, CA 94612
     Telephone:   510-763-9800
     Facsimile:    510-835-1417

     Attorneys for Plaintiffs

13

14

15                     UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                        SAN FRANCISCO DIVISION

18

19   JOSEPH DOMINGUEZ, ROGER DALY,          Case No. C 05 4824 SC
     individually and on behalf of all other
20   persons similarly situated,            **STIPULATION AND [PROPOSED]**
                                            **ORDER CONTINUING CASE**
21                         Plaintiffs,      **MANAGEMENT CONFERENCE**

22          v.

23   APARTMENT INVESTMENT AND
     MANAGEMENT COMPANY, AIMCO
24   PROPERTIES, L.P. and NHP
     MANAGEMENT COMPANY,
25
                           Defendants.
26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. 05-CV-4824 SC

WHEREAS, Plaintiffs Joseph Dominguez and Roger Daly ("Plaintiffs") filed an administrative motion to relate several similar cases pending in the United States District Court for the Northern District of California (the "Motion") and the Motion has not been ruled upon at this time.

WHEREAS, Plaintiffs and Defendants AIMCO Properties, L.P. and NHP Management Company (jointly "AIMCO") agree that the outcome of the Motion will impact case management in this action.

IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES THAT:

1.      The case management conference currently scheduled for August 17, 2007, at 10:00 a.m. be continued to September 7, 2007, at 10:00 a.m. or to a date and time thereafter at the Court's convenience.

2.      The joint status statement, currently due to be filed by the parties on August 13, 2007, be filed on or before September 4, 2007.


Dated:  August 13, 2007                    AKIN GUMP STRAUSS HAUER & FELD LLP


                                           By_____/s/_____
                                                       Richard N Appel

                                           Attorneys for Defendants
                                           Apartment Investment and Management Company,
                                           AIMCO Properties, L.P., and NHP Management
                                           Company


Dated:  August 13, 2007                    GOLDSTEIN, DEMCHAK, BALLER, BORGEN &
                                               DARDARIAN


                                           By_____/s/_____
                                           Teresa Demchak
                                           Attorneys for Plaintiffs
                                           Joseph Dominguez and Roger Daly


**IT IS SO ORDERED**


Date:_8/14/07_____          _____
                                  Honorable Sa

2