HEATHER BURROR (SBN 205803)
CHAD A. STEGEMAN (SBN 225745)
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, Suite 1500
San Francisco, California 94104-1036
Telephone: 415-765-9500
Facsimile: 415-765-9501

RICHARD N APPEL (*pro hac vice*)
MELISSA L. DULSKI (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Ave., NW
Washington, DC 20036
Telephone: 202-887-4000
Facsimile: 202-887-4288

JOHN M. HUSBAND (*pro hac vice*)
HOLLAND & HART, LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202-3979
Telephone: 303-295-8228
Facsimile: 303-975-5381

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JOSEPH DOMINGUEZ, ROGER DALY, individually and on behalf of all other persons similarly situated,

Plaintiffs,

v.

APARTMENT INVESTMENT AND MANAGEMENT COMPANY, AIMCO PROPERTIES, L.P. and NHP MANAGEMENT COMPANY,

Defendants.

Case No. C 05 4824 SC

**NOTICE OF WITHDRAWAL OF COUNSEL**

TO THE CLERK OF THE COURT AND ATTORNEYS OF RECORD:

Please be advised that Melissa L. Dulski, hereby withdraws as counsel in this matter. All other counsel of record for defendants remain unchanged.

Dated: August 29, 2007

AKIN GUMP STRAUSS HAUER & FELD LLP

By_________________/s/____________________
Melissa L. Dulski

Attorneys for Defendants Apartment Investment and Management Company, AIMCO Properties, L.P. and NHP Management Company

IT IS SO ORDERED.

Dated: _8/30/07________

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Samuel Conti
NORTHERN DISTRICT OF CALIFORNIA

______________________________________
H
Unite dge