UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNITH CAMPBELL, *et al.* | Case No. 3:07-cv-03640 - SC |
| Plaintiffs, | |
| v. | **ORDER APPROVING SETTLEMENT** |
| APARTMENT INVESTMENT AND MANAGEMENT COMPANY, *et al*. | |
| Defendants. | |

Upon consideration of the parties' Joint Motion to Approve Settlement and being fully advised in the premises, IT IS HEREBY ORDERED THAT:

The Joint Motion to Approve Settlement is approved.

Dated: September 17, 2008

_____

Samuel Conti
United States District Judge

Order Approving Settlement, Case No. 3:07-cv-03640-SC