TERESA DEMCHAK, CA Bar No. 123989
LAURA L. HO, CA Bar No. 173179
GOLDSTEIN, DEMCHAK, BALLER,
  BOREN & DARDARIAN
300 Lakeside Dr., Suite 1000
Oakland, CA  94612, Suite 1000
(510) 763-9800 (telephone)
(510) 835-1417 (telefax)

JOSEPH M SELLERS, *pro hac vice*
LLEZLIE L. GREEN, *pro hac vice*
COHEN, MILSTEIN, SELLERS & TOLL, PLLC
1100 New York Ave., N.W.
West Tower, Suite 500
Washington, D.C. 20005
(202) 408-4600 (telephone)
(202) 408-4699 (telefax)

STEPHEN M PAVSNER
JAY P. HOLLAND
JOSEPH, GREENWALD & LAAKE, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
(301) 220-2200 (telephone)
(301) 220-1214 (telefax)

Attorneys  for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KENNITH CAMPBELL, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> APARTMENT INVESTMENT AND MANAGEMENT COMPANY, *et al*. <br><br> Defendants. | Case No. 3:07-cv-03640 - SC |

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
CASE NO. 3:07-CV-03640-SC, CASE NO. 3:07-03245-SC; CASE NO. 3:05-CV-4824-SC

1

COHEN, MILSTEIN,
SELLERS & TOLL
P.L.L.C.
ATTORNEYS AT LAW

| | |
|---|---|
| JOSEPH DOMINGUEZ and ROGER DALY,<br><br>Plaintiffs,<br><br>v.<br><br>APARTMENT INVESTMENT AND MANAGEMENT COMPANY, AIMCO PROPERTIES, LP. AND: NHP MANAGEMENT, COMPANY,<br><br>Defendants. | Case No. 3:07-cv-03245 - SC |
| JOSEPH DOMINGUEZ, ROGER DALY, Individually, and on behalf all other persons similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>APARTMENT INVESTMENT AND MANAGEMENT COMPANY, AIMCO PROPERTIES, L.P. and NHP MANAGEMENT, INC.,<br><br>Defendants. | Case No. 3:05-CV-4824 - SC |

WHEREAS, this Court entered an order that granted the parties' Motion To Approve Settlement on September 17, 2008. *See* dkt. no. 56.

WHEREAS, the parties have now concluded the settlement process: signed releases have been provided to Defendant from each Plaintiff, and Plaintiffs have received their settlement awards.

WHEREAS, Plaintiffs' remaining claims, as well as any claims for attorneys' fees, will be submitted to arbitration per the terms of the Settlement Agreement. *See* dkt. no. 53-2.

IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES THAT:

1.   These cases shall be dismissed with prejudice.

COHEN, MILSTEIN, SELLERS & TOLL P.L.L.C. ATTORNEYS AT LAW

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
CASE NO. 3:07-CV-03640-SC, CASE NO.
3:07-03245-SC; CASE NO. 3:05-CV-4824-SC

- 2 -

| | |
|---|---|
| Dated: March 4, 2009 | COHEN, MILSTEIN, SELLERS & TOLL, P.L.L.C. |
| | By _____/s/ Llezlie L. Green_____<br>Llezlie L. Green |
| | Attorneys for Plaintiffs<br>Joseph Dominguez, et. al. |
| Dated: March 4, 2009 | AKIN GUMP STRAUSS HAUER & FELD LLP |
| | By_____/s/Chad Stegeman_____<br>Chad Stegeman |
| | Attorneys for Defendants<br>Apartment Investment and Management Company, AIMCO Properties, L.P., and NHP Management Company |

**IT IS SO ORDERED**

Date: __3/4/09__                    _____
                                                        Honorable Judge Samuel Conti

*[Signature and seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]*

COHEN, MILSTEIN,
SELLERS & TOLL
P.L.L.C.
ATTORNEYS AT LAW

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
CASE NO. 3:07-CV-03640-SC, CASE NO.
3:07-03245-SC; CASE NO. 3:05-CV-4824-SC

- 3 -